UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

HERIBERTO EUSTATE ESPINAL,

Defendant.

S8 23 Cr. 501 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

This Court will hold a change of plea hearing for Defendant Heriberto Eustate Espinal on Thursday, August 27, 2026 at 3:30 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge